

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and this cause is REMANDED for further proceedings consistent with this opinion, including the quashing of the indictment. *See* TEX. CODE CRIM. PROC. art. 28.05 ("If the motion to set aside or the exception to the indictment in cases of felony be sustained, the defendant shall not therefor be discharged, but may immediately be recommitted by order of the court, upon motion of the State's attorney or without motion; and proceedings may afterward be had against him as if no prosecution had ever been commenced."); *Id*. art 28.09 ("If the exception to an indictment or information is sustained, the information or indictment may be amended if permitted by Article 28.10 of this code, and the cause may proceed upon the amended indictment or information."); *Id*. art. 28.10 (allowing amendment of indictment with regard to "a matter of form or substance").

SIGNED July 16, 2025.

_____
Adrian A. Spears II, Justice